SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email    JPietrini@sheppardmullin.com
          PBost@sheppardmullin.com

JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone: 619.338.6588
Facsimile: 619.515.4182
Email: JBurns@sheppardmullin.com

Attorneys for Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>    Defendants. | Case No. 5:24-cv-1277- MCS (JPRx)<br>Hon. Mark C. Scarsi<br><br>**KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' RESPONSE TO ORDER TO SHOW CAUSE RE: JURISDICTION [DKT. 23]**<br><br><u>Hearing</u>:<br>Date:    N/A<br>Time:    N/A<br>Courtroom:  N/A |

-i-

# RESPONSE TO ORDER

Defendants Kaiser Foundation Health Plan and Kaiser Foundation Hospitals (collectively, "Kaiser") file this response to the Court's Order to Show Cause [Dkt. 23] regarding its jurisdiction over the complaint of plaintiffs Stephan Dean and Liza Dean, individually and doing business as SureFile Filing Systems ("Plaintiffs"). After reviewing the Court's order, including the distinction it draws between this action and the prior action between the parties, Kaiser respectfully agrees to remand of this action, subject to its right to again remove if Plaintiffs take any action making this case removable. *Scope of the Removal Jurisdiction*, 20 Fed. Prac. & Proc. Deskbook § 40 & n.36 (2d ed. April 2023 Update) (discussing when a case not removable when commenced may later become removable). Plaintiffs have identified diversity as an alternative basis for this Court's jurisdiction over this matter, *see* Exhibit A, but Plaintiffs' operative complaint does not plead facts supporting diversity as a valid basis for this Court's jurisdiction here.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: August 6, 2024

By */s/ John Burns*
Jill Pietrini
Paul Bost
John Burns
Attorneys for Defendants
Kaiser Foundation Health Plan, Inc. and
Kaiser Foundation Hospitals

# EXHIBIT A

| | |
|---|---|
| **From:** | Stephan Dean |
| **To:** | Jack Burns |
| **Cc:** | Jill Pietrini; Paul Bost |
| **Subject:** | Re: 7-3 meet and confer |
| **Date:** | Thursday, June 20, 2024 6:24:34 PM |

To avoid a meeting and motion practice would you be agreeable to the parties stipulating to the basis of the federal jurisdiction is diversity rather then a Federal question.

We believe that based on Judge Scarsi being up to speed would warrant his hearing this and maybe beneficial to all.

The diversity is under 28 U.S.C. 1332 (a). I am a dual citizen US / Italian.  Either way whether it gets remanded back or not this will be an issue we raise.

Our argument is that it maybe a federal question but diversity is also a basis.  By both parties agreeing to this we save time and for your client money.

Please advise.
Stephan Dean
Sent from my iPhone

> On Jun 20, 2024, at 5:58 PM, Stephan Dean <Surefile@msn.com> wrote:
>
> Monday 11.
> Sent from my iPhone
>
>> On Jun 20, 2024, at 5:57 PM, Jack Burns <JBurns@sheppardmullin.com> wrote:
>>
>> Right now I have time at Monday at 11 am and on Monday at 2 pm.  Please tell me if either of those times work for you and I can call you.
>>
>> Jack F. Burns
>> +1 619-338-6588 | direct
>> JBurns@sheppardmullin.com | http://www.sheppardmullin.com/jburns
>>
>> SheppardMullin
>> 501 West Broadway, 19th Floor
>> San Diego, CA 92101-3598
>> +1 619-338-6500 | main
>> www.sheppardmullin.com | LinkedIn.Com/Company/Sheppard-Mullin-Richter-&-Hampton-LLP/ | Twitter.Com/SheppardMullin
>>
>>
>> -----Original Message-----
>> From: Stephan Dean <Surefile@msn.com>
>> Sent: Thursday, June 20, 2024 12:22 PM
>> To: Jack Burns <JBurns@sheppardmullin.com>; Jill Pietrini <JPietrini@sheppardmullin.com>; Paul Bost <PBost@sheppardmullin.com>
>> Subject: 7-3 meet and confer
>>
>> Mr. Burns,
>>
>> When is the earliest we could meet on a motion for remand the Deans wish to  file?Alternatively would your client agree to change the removal to jurisdiction versus subject matter?
>> Thank You

&gt;&gt; Stephan Dean
&gt;&gt; 323 314 9692
&gt;&gt; Sent from my iPhone
&gt;&gt;
&gt;&gt; Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
&gt;&gt;

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JILL PIETRINI, Cal. Bar No. 138335
PAUL BOST, Cal. Bar No. 261531
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email      JPietrini@sheppardmullin.com
             PBost@sheppardmullin.com
JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 18th Floor
San Diego, CA 92101
Telephone: 619.338.6588
Facsimile: 619.515.4182
Email:     JBurns@sheppardmullin.com

Attorneys for Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephan Dean and Liza Dean, Individually and DBA SureFile Filing Systems,<br><br>        Plaintiffs,<br><br>  v.<br><br>Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Does 1-50 Inclusive,<br><br>        Defendants. | Case No. 5:24-cv-1277-MCS (JPRx)<br><br>Hon. Mark C. Scarsi<br><br>**CERTIFICATE OF SERVICE**<br><br>[Complaint Filed: May 15, 2024] |

I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, State of California, in which county the within-mentioned service occurred. My business address is 501 West Broadway, 18th Floor, San Diego, California 92101.

On August 6, 2024, I served a copy of the following document(s):

**KAISER FOUNDATION HEALTH PLAN, INC.'S AND KAISER FOUNDATION HOSPITALS' RESPONSE TO ORDER TO SHOW CAUSE RE: JURISDICTION [KKT. 23]**

☒ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from tdykes@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Stephan Dean<br>37187 Bankside Dr. #2<br>Cathedral City, CA 92234 | Plaintiff in Propria Persona<br><br>E-mail: Surefile@msn.com |
| Liza Dean<br>37187 Bankside Dr. #2<br>Cathedral City, CA 92234 | Plaintiff in Propria Persona |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2024, at San Diego, California.

*Toy Poore*
Toy Poore

-2-

SMRH:4892-6333-9990.1                                                CERTIFICATE OF SERVICE